# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143647(21)

DALE R. CLANCY,
            Plaintiff-Appellee,

v

MILLENNIUM PAINTING COMPANY and
LIBERTY MUTUAL INSURANCE COMPANY,
            Defendants-Appellants,
and

BASIC PAINTING, INC., and ACCIDENT
FUND INSURANCE COMPANY OF
AMERICA; RCO ENGINEERING, INC., and
SAFECO INSURANCE COMPANY OF
AMERICA; and SJS, d/b/a MILLENNIUM
INDUSTRIAL SERVICES,
            Defendants-Appellees.

SC: 143647
COA: 300926
WCAC: 07-000190

_____/

On order of the Court, the motion for reconsideration of this Court's November 23, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

d0514